UNITED STATES DISTRICT COURT  **CV 15        3965**

EASTERN DISTRICT OF NEW YORK

**ROSS, J.**
**BLOOM, M.J.**

----------------------------------------------------------x

Ed Chen,

Plaintiff

-against-

City of New York, and

State of New York,

RECEIVED
JUL - 6 2015
PRO SE OFFICE

Defendants

----------------------------------------------------------x

## JURISDICTION:

Eastern District of New York as this is one of two federal judicial districts where the violations of Section 2 of the Voting Rights Act occurred.

## NATURE OF ACTION:

1. Plaintiff Ed Ite Chen ("Chen") brings this action against the City of New York and The State of New York under Section 2 of the Voting Rights Act, 42 USCS $ 1973(a) for voting schemes that dilute minority voting strength in downtown New York City, Chinatown.
2. Chen has standing to sue because he was prevented from registering voters through a series of actions and retaliatory actions by the Municipal and State government which violated as well as private actors with deep ties to the State and Municipal government beginning in 2008 through 2012.

1

3. To establish a prima facie case it must be demonstrated that 1) the minority group is sufficiently large and geographically compact to constitute a majority in a single member district; (2) it is politically cohesive; and (3) the white majority votes sufficiently as a bloc to enable it, in the absence of special circumstances, usually to defeat the minority's preferred candidates.

4. Section 2 of the Voting Rights Act, as amended, provides that no "standard, practice or procedure shall be imposed or applied by any state or political subdivision in a manner which results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color." 42 USC $ 1973(a).

5. The Supreme Court in the Gingle's case sets forth these conditions to establish a case of a violation of the voter's rights act.

Political Geography of Downtown New York.

6. The 65th district is drawn to deprive the Chinese American Majority in Chinatown from electing a Chinese representative.

7. The first district of downtown New York is also drawn in such as a way as to make it difficult for the Chinese minority community to elect representatives and divides Chinese minority voters into two sections (See Exhibit 1).

8. The 65th district excludes a large swatch of Chinese voters who are contiguous to the 65th district, while including sections of the Financial District and the Lower East side which further dilute the majority of compact voters. (See Exhibit 2)

9. The community board splits up the Chinese Population of Chinatown into 3 geographic districts.

10. The Assembly Legislative Member Items is used systematically to divide the community by funding politically favored groups such as Chinese American Planning Council which then register voters, turnout voters, and undermine other candidates through their long control of the Chinatown Newspapers, Singtao New York, and World Journal.

11. There are an estimated 500000 potentially eligible Chinese voters in Chinatown.

12. In the last 50 years only a single Chinese representative has been elected to the city council, Margaret Chin.

13. In the last 50 years, no Chinese representative has been elected to the NY State Assembly.

14. In the last 50 years, no Chinese representative has been elected to the NY State Senate.

15. The State Senate District is drawn in a way that divides the Chinese minority voters in Benson Hurst Brooklyn from Chinatown.

2

16. The people of Chinatown are politically cohesive, and get their political news from two newspapers, Singtao and world news, both based in Chinatown.
17. While the Chinese differ in dialect, they all share a single written language.
18.  There are numerous non-partisan Asian American Groups which seek to encourage voter participation.
19. The White Majority in the district has consistently voted in a bloc and there has been no serious challenger to the Democratic party favorite in Downtown Manhattan for nearly a generation.

## Chinese Minority Community systematically underserved.

20. The needs of the community have been underserved, ignored or underserved for generations.
21. After 9/11, Chinatown, because the only residential and commercial neighborhood directly adjacent to the twin towers and ground zero lost 60%-100% of business revenue.
22. Park Row was closed by the police Department forcing more businesses to close despite community protests.
23. FEMA rejected 70% of claims after the attacks.
24. A mere .845% of the Chinese section of the Lower East Side and Chinatown received  for mortgage and rental assistance, while 32% of Tribeca residents received such aid.
25. While the LMDC distributed $150 Million in aid under the Job Creation and Retention Program, $130 Million were given to businesses outside of Chinatown.
26. American express alone received $25 million dollars.
27. Chinatown business received only 11% of LMDC funds, despite representing over 50% of the US citizen population in the area.
28. The average Chinatown Chinese business received $7000 dollars in business.
29. The major losses suffered by the garment section in Chinatown post 9/11 was on the order of $500 million.
30. Asthma rates for children in the district are the highest in the state.
31. The City of New York acknowledges child respiratory function "may be" lower than the surrounding population due to the chemicals released after 9/11.
32. Chinese minority residents in their majority region are deprived of proportional member earmarks from the State Senate and State Assembly.
33. Muslim Americans had their holidays recognized as school holidays before Chinese Americans, despite the far larger population of Chinese Americans in NYS and NYC, as well as the far longer history of residency.
34. Chinese businesses and residents are unable to secure licenses, zoning changes, and gain traction in other issues within the jurisdiction of the Community Boards because the Chinese voting population is divided into three groups despite being compact and contiguous.
35. There is a pattern of the Chinese American voters being underserved as a result of voter dilution.

3

36. The single largest recipient of grants from the city and State isCP the Chinese American Planning Council, run by Virginia Kee and her Husband Herber Lau Kee, who deliver 500 votes each primary election, and maintain discipline over the rest of Chinatown associations and voters, for as long as Silver has been in office.

37. The Kees participated in self dealing, as revealed to Chen by the Daily News Reporter, Barbara Ross, who later refused to follow up on the story of corruption she herself presented to Chen to investigate.

38. CPC received educational block grants from NYC, which were later flagged for violations.

39. While Chen was volunteering with CPC to teach SATs and register more voters, Chen saw that a large percentage of those receiving grants were illegal immigrants.

40. CPC used funds and personel to turn out voters for the White Majority's preferred Candidate, Sheldon Silver.

41. Through their network of contacts of established Asian Americans, Kee blocked Chen from entering publically accessible buildings such as Confucious Towers and Park Row to register voters.

42. CPC servers predominately Cantonese speakers who are in their late 60s and through 80s who originally immigrated from Hong Kong, who now form a minority of Chinatown's population

43. The current makeup of Chinese in Chinatown originate from Mainland China, and speak Mandarin.

44. Cantonese speakers read traditional Chinese Characters, while Mainland China immigrants can only read Simplified Chinese Characters, and find Traditional Chinese Characters difficult if not impossible to read.

45. NYS and NYC voter registration are written only in traditional Chinese Characters.

46. As a result of this, Chen could not register a majority of new Chinese Americans voters in the City and State as he did not have comprehensible forms for potential voters.

47. Chen reported CPC violations to the FBI via the internet without response.

48. PJ Kim was secured a position in a non profit by Lee after he ran for a position in Chinatown and lost.

49. Afterwards he joined the white voting bloc club, Downtown Independent Democrats ("DID"), and never did anything for Chinatown again.

50. Margaret Chin, the only Chinese American to be elected to any elective office in the downtown Chinatown and Brooklyn districts where Chinese Americans predominate in the population belonged to the white democratic club, DID and is one only 2 or3 Asians involved in the white voting bloc club.

51. Virginia Kee and Chung Seto democratic club had no members or meetings for years until challenged by Lee.

4

**Suppression and Retaliation of Chen's Voter Registration Efforts in the Chinese Community:**

52. In August of 2010, Chen emailed Columbia Alumni Asking for assistance in reforming NYS government and formulated and discussed plans to register Chinese voters in the district to vote in the primaries to defeat Sheldon Silver who is elected on a mere 5000 white primary votes who vote in a block.

53. In September 2010, Chen held a fundraisor and kickoff to begin implementing his strategy to register Chinese American Voters within the 65th Assembly district.

54. September 2011:Silvers assistant chief of staff Zachary Bommer signed into Real Deal Democracy, the platform on which Chen was running Chen's campaign, and left his email on the website volunteering to help with the campaign.

55. September 2011: 1 person affiliated with Wilson Eisner, a prominent law and lobbying firm in New York City, which represents the muncipal government to the State government, came to a party Chen was hosting at Chen's house, in connection to the email Chen sent to Columbia Alumni.  This individual had no connection to anyone on Chen's Columbia List, but was also connected to Sheldon Silver's Assistant Chief of Staff, Zachery Bommer, and Karen He, Silver's Community Liason to Chinatown.

56. September 2010 Tiffany Townsend also attended Chen's party, and was part of the NYC tourism commission.

57. September 2010 Rishi Desai attended Chen's party who worked for the Mayor's office, and presently works for Bloomberg LP.

58. September 2010 Desal stated, "you would not want anyone to catch you smoking something like this would you?" When he saw marijuana being smoked in the party; he then stated "What is it that you want?

59. In October of 2010 Skip Piscitelli, long time aid to Mayor Michael Bloomberg, offered to "donate" $100000 to Chen's Favorite Charity.

60. When Chen said he did not have a favorite Charity, Skip asked Chen what he really wanted; Chen responded reform of the NYS gov and representation for Chinatown.

61. November 2010: NYHA Paul JQ Lee ("Paul") befriended Chen and was also friends with Silver and involved in downtown politics.

62. November 2010-august 2011: Violated their own laws on political espionage, in NY State Fair Campaign Code Part 6201.

63. November 2010 Susan seltzer chair of Cb1 blind carbon copied Zachary Bommer on a email reprimanding me for emailing Chen's views on the NYC governmnet. Bommer replied to all and inadvertently alerted Chen that Bommer had been blind carbon copied.

64. In November 2010, Chen was approached by Paul JQ Lee through an introduction in a local Chinatown Association with ties to the NYS political establishment, who recommended contacting him.

5

65. Paul Lee held himself out as a candidate for district leader and recruited Chen to be his "Campaign Manager, and professing a hatred for the Chinese American Planning Council ("CPC"), a non profit that receives significant funds from Silver's member line items and NYC grants.

66. In Early December, Chen asked Paul to be Chen's campaign manager. After thinking about it for a few days, he agreed.

67. In February 2011, Paul Admits that many of his family members work for CPC.

68. In April 2011, Lee brought Chen to meet Queens democratic activists including a relation to Sotomayer, as well as other prominent local democrats; during the trip, Lee tried to offer Chen a bottle of Percusette painkillers, which Chen declined.

69. In May 2011, Paul recommends a political consultant, Steve Cramer who claimed he could help register voters and gain signatures for 2 dollars per signature.

70. Petitions to get on ballot required 500 registered democrats.

71. Cramer produced 5000 signatures for a cost of $10000 dollars; only at most 100 of these signatures were real.

72. In July 2011, Lee introduced Chen to Jon Del Giorno, a well known lobbyist and election lawyer, who declined to help Lee and Chen; Del Giorno was later retained by Lowenstein to lobby the city government for a parking ticket – the first time they lobbied the city on any issue in the city lobbying database.

73. Lowenstein later defrauded Chen by presenting him false documents which alleged Chen had signed away his rights to work and invent to a firm owned by a Mitt Romney Associate, Ricardo A Sagrera, who stated his family had significant past business with Lowenstein.

74. Sagrera later stated his family had employed CIA assets during the El Salvador civil war, and introduced Chen to individuals who claimed they were affiliates of the National Security Agency (NSA) who began to harass Chen with threats of exposing any and all private information they had collected on him.

75. In July 2011 through August 2011, Chen recruited a team of high school students to register voters and began working large building in Chinatown which were full of CPC registered voters.

76. In August 2011, Chen and his Fiancée began receiving threatening phone calls from Fred Teng, a former candidate for City Counsel, newspaper editor, and boardmember of CPC.

77. In August 2011, Paul Lee had a meeting with Chung Seto, Chief of Staff of then City Comptroller, John Liu, and Virginia Kee, whose husband is the democratic district leader for Chinatown, both members of CPC and the small group of 500 Chinese voters empowered by Silver and other Downtown Democrats to "deliver" Chinese support.

78. Kee and Seto brought Lee to a restaurant to meet where they stated it used to be a bordello and had tunnels to the police station; they also referenced Chen's use of the internet traffic, which Lee relayed to Chen.

6

79. Chen understood that this referred to a common private usage of free unpaid pornographic sites, which they threatened to expose to the Chinese Media as Anthony Weiner, one of Paul JQ Lee's friends was also exposed just weeks before by the media.

80. Lee admitted to Chen that he was in contact with Silver's office regularly, after Chen confronted him with Lee's notes from his ACT database of contacts which showed Lee contact Silver within a week after Chen asked Lee to be his manager.

81. Shortly thereafter, Paul's campaign activities began to drop off and Chen resigned from the campaign amidst threats that his computer activity would be exposed if he continued to register voters.

82. Chen was sufficiently spooked to quit Paul's campaign, cease his voter registration efforts, and attempt to return to University.

83. In November 2011, Mayor Bloomberg met with Chen's Columbia Advising PhD Professor Lackner; shortly thereafter, Chen was suspended from Columbia for an minor offense of sending commercial emails bearing his Columbia alumni email address which he possessed for 10 years by then, as Chen had also attended Columbia as an Undergraduate – a practice that is common among Columbia Students and professors

84. However, intimidation continued through 2012 at Columbia in retaliation for events, which began in August 2010.

85. Chen had also helped register voters in 2008 in another campaign against silver, and was subsequently audited by NYS tax authorities wit an in home Audit which revealed Chen owed 500 dollars in taxes, which he paid.

86. Shortly thereafter, without notice, an additional 5000 dollars was levied from his bank account from the NYS tax authorities for failure to pay franchise taxes.

87. Shortly thereafter, NYS involuntarily dissolved Chen's Corporation without notification.

Relief Sought:

88. Legislative borders should be redrawn to make the voting districts of the state senate, state assembly, community board, and city council be drawn to make the Chinese population into a single compact district which incorporates the contiguous populations of Chinese American Minority Voters.

89. Earmarks and grants from City and State governments must be distributed on a competitive and non-partisan basis to prevent a classic divide and conquer strategy to disenfranchise unsophisticated voters.

90. Restitution must be provided for the failure to address Chinese American community and business issues, which have been ignored since 9/11, if not before.

7

91. Funds must be provided to other non-profit organizations to register and educate the community about voting commensurate with funds provided to CPC over the last 50 years.
92. Registration forms with Simplified Chinese Characters, and personnel should be provided to register non-Cantonese speaking, and non-traditional Chinese Character reading voters.

s/ Zc

6/29/2015

447 Washington Avenue
Twp. of Washington, NJ 07676

8

**EXHIBIT 1**



**Exhibit 1: 1ˢᵗ District of NYC Council**

EXHIBIT 2A



Assembly District 65

EXHIBIT 2B

**Assembly District     65**

**Adjusted Total Population :**     132,498
                 **Deviation :**        3,409
    **Deviation Percentage :**        2.64

|  | NH White | NH Black | Hispanic | NH Asian | NH Amind | NH Hwn | NH Multi | NH Other | Unknown |
|---|---|---|---|---|---|---|---|---|---|
| Total | 44,544 | 6,556 | 21,166 | 57,207 | 129 | 38 | 2,534 | 324 | 0 |
| % of Total | 33.62 | 4.95 | 15.97 | 43.18 | 0.10 | 0.03 | 1.91 | 0.24 | 0.00 |
| Total 18+ | 41,059 | 5,512 | 17,367 | 49,136 | 109 | 34 | 1,814 | 255 | 0 |
| % of 18+ | 35.61 | 4.78 | 15.06 | 42.62 | 0.09 | 0.03 | 1.57 | 0.22 | 0.00 |

**Department Of Justice**

|  | NH White | NH Black | Hispanic | NH Asian | NH Amind | NH Hwn | NH Multi | NH Other | Unknown |
|---|---|---|---|---|---|---|---|---|---|
| Total | 44,544 | 6,960 | 21,166 | 58,426 | 260 | 65 | 695 | 382 | 0 |
| % of Total | 33.62 | 5.25 | 15.97 | 44.10 | 0.20 | 0.05 | 0.52 | 0.29 | 0.00 |
| Total 18+ | 41,059 | 5,794 | 17,367 | 49,925 | 228 | 59 | 557 | 297 | 0 |
| % of 18+ | 35.61 | 5.03 | 15.06 | 43.31 | 0.20 | 0.05 | 0.48 | 0.26 | 0.00 |

NOTE: For a description of field names and Department of Justice
definitions, please refer to the documentation above the district listing.

**EXHIBIT 3**

# Overview of State Senate District 26, New York



Exhibit 3: 26th NYS Senate District

# PL-P1.1 NTA: Asian Nonhispanic Population by Neighborhood Tabulation Area*
# New York City, 2010



*Asians of a single race.
Neighborhood Tabulation Areas or NTAs, are aggregations of census tracts that are subsets of New York City's 55 Public Use Microdata Areas (PUMAs). Primarily due to these constraints, NTA boundaries and their associated names may not definitively represent neighborhoods.

Source: U.S. Census Bureau, 2000 and 2010 Census PL 94-171 Files
Population Division - New York City Department of City Planning

NYCPLANNING